

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-17-00820-CV

**JOHN DELOACH ENTERPRISES, INC.** d/b/a Bexar Towing and Ouachita Enterprises, Inc. d/b/a Bexar Auto Storage,
Appellants

v.

**TELHIO CREDIT UNION, INC.,**
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2017CV00279
Honorable Jason Wolff, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the appeal of John DeLoach Enterprises, Inc. d/b/a Bexar Towing is DISMISSED. We REVERSE the part of the trial court's judgment that awards attorney's fees and expenses against Ouachita Enterprises, Inc. d/b/a Bexar Auto Storage and we RENDER judgment that Telhio Credit Union, Inc. take nothing on its claim for attorney's fees and expenses. We REVERSE the trial court's judgment in favor of Telhio Credit Union, Inc. and against Ouachita Enterprises, Inc. d/b/a Bexar Auto Storage on Telhio's claim for conversion and we REMAND the case to the trial court for a new trial on that claim.

We ORDER that each party bear its own costs of this appeal.

SIGNED March 13, 2019.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice